# United States District Court
## Southern District of Georgia

EDNA R. DUTTON, Individually and
as Administrator for the Estate of Bartow
Dutton,

              Plaintiff,

v.

UNITED STATES OF AMERICA,

              Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 616-090

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 6, 2018, that Defendant's motion to exclude expert testimony is granted. Because expert testimony of proximate cause is required in this action, the Court grants Defendant's motion for summary judgment; therefore, judgment is hereby entered in favor of Defendant United States of America and against Plaintiff Edna R. Dutton, individually and as Administrator for the Estate of Bartow Dutton. This case stands closed.



09/06/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*